MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

Crim. No.:  14-20513-01

Sean Perry

On 03/20/2015, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 04/09/2015, and the Court made the following findings:

__X__  Guilty of violating standard condition: "The defendant shall not leave the judicial district without permission of the court or probation officer."

    The following special conditions of supervision are added.
1) Offender must provide written proof of employment to the probation department within seven days.
2) Offender must provide proof of his current prescriptions to the probation department within seven days.
3) Offender shall participate in the Global Positioning Satellite technology of the Location Monitoring Program until further notice and abide by all the requirements of the program.  The offender will have an open schedule at the discretion and direction of the probation officer. The offender shall pay all costs associated with the program.
4) Offender must obtain prior permission from his probation officer to leave the Eastern District of Michigan to attend to the pending criminal charges in Miami Dade County Court, Miami, Florida.

                Respectfully submitted,

                s/Sarah A. Reinkensmeyer  
                United States Probation Officer

## ORDER OF THE COURT

On March 20, 2015, the Court issued a supervised release warrant for Sean Perry ("Perry") based on his alleged violation of the following two conditions:

1) Violation of mandatory condition: "The defendant shall not commit another federal, state or local crime."
2) Violation of standard condition: "The defendant shall not leave the judicial district without permission of the Court or probation officer."

On April 9, 2015, Perry pleaded guilty to the second violation. The Court adjourned sentencing on that violation and continued supervised release. The Court adjourned all proceedings as to the first violation to allow Perry time to attend to pending criminal charges in Miami Dade County Court, Miami, Florida. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

**IT IS SO ORDERED.**

      Dated this 22nd Day of April, 2015.

                                                   s/Matthew F. Leitman
                                                   Matthew F. Leitman
                                                   United States District Judge