UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,               Case No.  14-cr-20513
                                   Hon. Matthew F. Leitman

vs.


SEAN AUSTIN PERRY,

          Defendant.
_____/

## **ORDER FOR WITHDRAWAL AS ATTORNEY**

     NOW COMES Attorney BARRY A RESNICK and requests that this

Honorable Court remove him from the case caption, as Attorney for Defendant, as

the Defendant, SEAN PERRY, is represented by Attorney Lawrence Nathaniel

Radden whose's Appearance was filed on October 19, 2017 (ECF No. 20).

                         /s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2019

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on January 11, 2019, by electronic means and/or ordinary
mail.

                         s/Holly A. Monda
                         Case Manager
                         (810) 341-9764